584 F.2d 117
 Henrietta RANDLE, Plaintiff-Appellant,
v.
CONTINENTAL CASUALTY CO., Defendant-Appellee.
 No. 78-1982
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 17, 1978.
 Thomas Morris, Cleveland, Miss., for plaintiff-appellant.
 Luckett, Luckett, Luckett, & Thompson, Kay F. Luckett, Clarksdale, Miss., for defendant-appellee.
 Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 AFFIRMED on the opinion of the district court, 458 F.Supp. 7 (N.D.Miss., 1978).
 
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I